# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOE HAND PRODUCTIONS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:18-cv-496-TFM-MU |
| | ) |
| **JEFFREY C. DUBOIS, individually, and** | ) |
| **as officer, director, shareholder, member,** | ) |
| **and/or principal of JCD, LLC., d/b/a** | ) |
| **Lucky Horseshoe Saloon, and JCD, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On July 27, 2020, this Court granted summary judgment in favor of the plaintiff, Joe Hand Productions, Inc. ("Plaintiff"), as to Count 2 of the Complaint, a claim of copyright infringement, and awarded Plaintiff statutory damages in the amount of $15,700. Doc. 53. On August 11, 2020, Plaintiff filed a motion to dismiss Count 1 of the Complaint and a claim for additional damages for willfulness pursuant to Fed. R. Civ. P. 41(a)(2). Doc. 55. Plaintiff further requests issuance of the final judgment as to the claims adjudicated on summary judgment. *Id*. The Court issued a show-cause Order giving the defendants, Jeffrey C. Dubois, individually and as officer, director, shareholder, member, and/or principal of JCD, LLC, d/b/a Lucky Horseshoe Saloon, and JCD, LLC ("Defendants"), until August 21, 2020 to file any response in opposition to the motion for voluntary dismissal. Doc. 56.

The deadline passed with no response from Defendants. Thus, the motion for voluntary dismissal of the remaining claims is unopposed. Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Here, Plaintiff has requested dismissal of its remaining claims

and the motion is unopposed by Defendants.  Thus, the Court considers dismissal proper.

Accordingly, the motion to dismiss (Doc. 55) is **GRANTED**.  Count 1 and the claim for additional damages as to willfulness are **DISMISSED**.

A separate judgment will issue as to the claims previously adjudicated on summary judgment pursuant to Fed. R. Civ. P. 58(a).

**DONE** and **ORDERED** this 25th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE