IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOE HAND PRODUCTIONS, INC.,** )<br> )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**JEFFREY C. DUBOIS, individually, and** )<br>**as officer, director, shareholder, member,** )<br>**and/or principal of JCD, LLC., d/b/a** )<br>**Lucky Horseshoe Saloon, and JCD, LLC,** )<br> )<br>    **Defendants.** ) | **CIVIL ACT. NO. 1:18-cv-496-TFM-MU** |

## ORDER

In accordance with the Memorandum Opinion and Order (Doc. 53) entered on July 27, 2020, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Plaintiff as to Count 2 of the Complaint, with damages awarded in the amount of $15,700. As there are no additional claims remaining for adjudication, this action is **DISMISSED with prejudice**.[1]

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this 25th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff voluntarily dismissed Count 1 and the claim for additional damages as to willfulness. In light of the posture of this case and the dismissal of remaining claims sought by Plaintiff so that final judgment could be entered, the Court dismisses the entire action with prejudice. If the Plaintiff intended otherwise, it should seek a modified order and judgment within ten (10) calendar days of the entry of the order and judgment.